```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA         :
                                        ORDER
    v.                           :
                                        08 Cr. 488 (PAC)
LUMA BITTI and                   :
NUE QUNI,
                                 :
         Defendants.
                                 :
- - - - - - - - - - - - - - - - x
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 0 5 2008

PAUL A. CROTTY, District Judge:

       Upon the application of the United States of America, by and through Assistant United States Attorney Rebecca A. Rohr, and with the consent of the defendants, LUMA BITTI and NUE QUNI, by and through their respective counsel, Sabrina Shroff, Esq. and Donald Yanella, Esq., it is hereby ORDERED that the time between June 4, 2008, and the date of the initial pre-trial conference scheduled in this matter, June 13, 2008, is excluded for purposes of the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), in the interests of justice. The ends of justice served by such continuance outweigh the interest of the public and the defendants in a speedy trial because it will allow counsel for the defendants to meet with their clients and attend the conference and will allow the defendants time to travel to New York from Michigan.

       SO ORDERED.

Dated:   New York, New York
         June 5, 2008

_____
HON. PAUL A. CROTTY
United States District Judge



*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 4, 2008

**BY FACSIMILE**

The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Ste. 735
New York, New York 10007

      Re: <u>United States v. Luma Bitti and Nue Quni</u>,
           08 CR 488 (PAC)

Dear Judge Crotty:

    The above-referenced matter was assigned to Your Honor on June 2, 2008. Counsel for the Government consulted with counsel for the defendants about convenient dates for the arraignment and pre-trial conference, and this Court's deputy clerk then scheduled the arraignment and initial pre-trial conference for Friday, June 13, 2008 at 10:00 a.m.

    The Government respectfully requests that the Court exclude time under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A), from June 4, 2008 through the June 13, 2008 arraignment and conference. The ends of justice served by such continuance outweigh the interest of the public and the defendants in a speedy trial because the continuance will allow defense counsel to meet with their clients and attend the conference, and will also allow the defendants sufficient time to travel to New York from Michigan, where they reside. Counsel for both defendants consent to this request for the exclusion of time.

Hon. Paul A. Crotty
June 4, 2008
Page 2

     Therefore, the Government respectfully requests that the Court exclude time from this date through the June 13, 2008 arraignment and pre-trial conference. A proposed order is enclosed for the Court's convenience.

                                  Respectfully submitted,

                                  MICHAEL J. GARCIA
                                  United States Attorney
                                  Southern District of New York

                 By:    */s/ Rebecca Rohr*
                        Thomas G.A. Brown
                        Rebecca A. Rohr
                        Assistant U.S. Attorneys
                        (212) 637-2194/ -2531

cc (via fax):   Sabrina Shroff, Esq., counsel for Luma Bitti
                 Donald Yanella, Esq., counsel for Nue Quni