USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 1 2 2008

UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------X
UNITED STATES OF AMERICA

            -against-

LUMA BITTI and
NUE QUNI
----------------------------------------------------X

TRANSPORTATION ORDER
08 Cr. 488 (PAC)

      Upon the application of Nue Quni, by his attorney, Donald Yannella, Esq., and upon a finding of indigence, it is hereby

      ORDERED that the United States Marshals Service furnish Nue Quni with funds to cover the cost of one-way airfare and ground transportation from Rochester, Michigan to New York, New York for a court appearance before United States District Court Judge Paul A. Crotty at 4:15 PM on Tuesday, June 17, 2008; and it is hereby further

      ORDERED that arrangements shall be made to enable Mr. Quni to arrive in New York, New York by the morning of Monday, June 16, 2008, and it is further

      ORDERED that the aforesaid expenses shall be paid by the United States Marshals Service.

Date: New York, New York
      June 1✓, 2008

_____
Paul A. Crotty, USDJ

**Donald Yannella, P.C.**
Attorney at Law
7 Dey Street, Suite 803
New York, NY 10007

---

(212) 226-2883
fax: (212) 226-2861

Admitted in NY & NJ

Via e-mail

June 11, 2008

Hon. Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

  Re: US v. Luma Bitti and Nue Quni
     08 Cr. 488 (PAC)

Dear Judge Crotty:

  I am CJA counsel for Nue Quni, who is scheduled to be arraigned before Your Honor on June 17, 2008 at 4:15 PM. Mr. Quni is indigent.

  I join in the request of co-counsel, Sabrina Shroff, in seeking payment of travel expenses. Luma Bitti and Nue Quni both live in Michigan, and they plan to travel together to New York. It would be helpful if my client could arrive on the morning of Monday, June 16, in order to consult with me prior to the court appearance.

  If this request meets with Your Honor's approval, I ask that the enclosed order be endorsed.

          Sincerely,

          Donald J. Yannella, Esq.

Declaration of Service

    Donald Yannella, an attorney duly admitted to practice law in the United States District Court, Southern District of New York, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury that the following is true and correct:

    Today, I served a copy of the attached document upon the following individuals:

AUSA Rebeccah Rohr
One St. Andrew's Plaza
New York, NY 10007
Via e-mail

Sabrina Shroff, Esq.
Counsel for Luma Bitti
Via e-mail

Dated: June 11, 2008

_____
Donald Yannella, Esq.