UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 1 6 2008
```

---------------------------------------------------X

UNITED STATES OF AMERICA

          -against-

LUMA BITTI and
NUE QUNI

---------------------------------------------------X

TRANSPORTATION
ORDER
08 Cr. 488 (PAC)

Upon the application of Nue Quni, by his attorney, Donald Yannella, Esq., and upon a finding of indigence, it is hereby

ORDERED that, pursuant to 18 USC § 4285, the United States Marshals Service furnish Nue Quni with funds to cover the cost of one-way airfare and ground transportation from Rochester, Michigan to New York, New York for a court appearance before United States District Court Judge Paul A. Crotty at 4:15 PM on Tuesday, June 17, 2008; and it is further

ORDERED that arrangements shall be made to enable Mr. Quni to arrive in New York, New York by the morning of Monday, June 16, 2008, and it is further

ORDERED that the aforesaid expenses shall be paid by the United States Marshals Service.

Date: New York, New York
      June 13, 2008

_____
Paul A. Crotty, USDJ